**PARR LAW GROUP**
SHAWN R. PARR, ESQ. (SBN: 206616)
150 Almaden Blvd., Suite 1380
San Jose, CA 95113
Telephone: (408) 267-4500
Facsimile:  (408) 267-4535

Attorney for Defendant
EVERAL WADE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC. a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>EVERAL WADE,<br><br>Defendant. | CASE NO.   C-04-3578 EMC<br><br>**DEFENDANT EVERAL WADE'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**; ORDER<br><br>CASE MANAGEMENT CONFERENCE:<br>Date:   September 14, 2005<br>Time:   1:30 p.m.<br><br>Assigned to Edward M. Chen |

Counsel for Defendant WADE, requests that the Court allow the telephonic appearance of counsel at the Case Management Conference calendared for September 14, 2005 at 1:30 p.m. Counsel has a deposition scheduled that afternoon in San Jose. If granted, attorney Shawn R. Parr will be making the telephonic appearance.

Dated:  September 7, 2005         PARR LAW GROUP


                                  ____/s/ Shawn R. Parr_____
                                  SHAWN R. PARR
                                  Attorney for Defendant EVERAL WADE

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*EVERLA WADE'S REQUEST TO APPEAR TELEPHONICALLY-C 04-3578 EMC*

1

1
2 **ORDER**
3  **IT IS HEREBY ORDERED** that Defendant WADE's request to appear telephonically
4 is hereby granted.
5
6
7 Dated: __Sept. 9__, 2005      _____
8                                Honorable
                                United States 
9
10

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*EVERLA WADE'S REQUEST TO APPEAR TELEPHONICALLY-C 04-3578 EMC*

2