PARR LAW GROUP
SHAWN R. PARR (SBN 206616)
150 Almaden Blvd., Suite 1380
San Jose, CA 95113
Telephone: (408) 267-4500
Facsimile:  (408) 267-4535

Attorneys for Defendant
EVERAL WADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EVERAL WADE,<br><br>Defendant. | CASE NO.   C-04-3578 EMC<br><br>STIPULATION FOR REFERRAL TO MEDIATION AND TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON |

Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant EVERAL WADE ("WADE"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on August 22, 2005, the Court ordered this case to a further Case Management Conference to be held on September 14, 2005; and

WHEREAS, the parties believe that mediation would be useful to achieve resolution of this matter; and

WHEREAS, a mediation presently scheduled to occur on September 23, 2005, at 1:00 p.m. before Mediator Howard Herman in the case entitled *DIRECTV, Inc. v. Jason Durie*, Case

PARR
LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION TO REFER MATTER TO MEDIATION AND CONTINUE CMC - C-04-3578 EMC*

1

No.: CV-05-0007 PVT, could accommodate this Defendant because all necessary parties and the Court's mediator will be present; and

WHEREAS, the Court has not yet assigned this case to mediation.

NOW, THEREFORE, in consideration of the foregoing facts, the parties hereto, by and through their respective counsel of record, stipulate as follows:

1. To request that the Court assign this matter to mediation, to be held on September 23, 2005, at 1:00 p.m. before Mediator Howard Herman; and

2. To continue the Case Management Conference scheduled for September 14, 2005 at 1:30 p.m. until the parties have completed the mediation.

Dated: September 13, 2005

BUCHALTER NEMER
A Professional Corporation

_____
BRANDON Q. TRAN, Attorneys for
Plaintiff DIRECTV, Inc.

Dated:  September ___, 2005

PARR LAW GROUP

_____ For
SHAWN R. PARR, Attorneys for
Defendant EVERAL WADE

PARR
LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION TO REFER MATTER TO MEDIATION AND CONTINUE CMC - C-04-3578 EMC*

2

## ORDER

Having read the foregoing Stipulation, and good cause appearing therefor, the Court hereby orders as follows:

1. This matter is assigned to mediation, to be held on September 23, 2005, at 1:00 p.m. before Mediator Howard Herman.

2. The telephonic Case Management Conference, originally scheduled for September 14, 2005 at 1:30 p.m. is continued to September 28, 2005. An updated Joint Case Management Conference Statement shall be filed by September 26, 2005.

Dated: September 14, 2005

_____
Hon. Edward M. Chen
Judge of the United States District Court,
Northern District of California

PARR LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION TO REFER MATTER TO MEDIATION AND CONTINUE CMC - C-04-3578 EMC*

3