**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
150 Almaden Blvd., Suite 1380
San Jose, CA 95113
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorneys for Defendant
EVERAL WADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC. a California corporation | CASE NO.   C-04-3578 EMC |
| Plaintiff, | STIPULATION TO CONTINUE MEDIATION AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON |
| vs. | |
| EVERAL WADE, | |
| Defendant. | |

Plaintiff DIRECTV, Inc. and Defendant EVERAL WADE, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 14, 2005, this Court ordered this case to mediation to be held before Mediator Howard Herman on September 23, 2005 at 1:00 p.m.; and

WHEREAS, recent scheduling conflicts have necessitated continuing the mediation until October 7, 2005; and

WHEREAS, the Court previously continued the Case Management Conference until September 28, 2005 to allow the parties to conduct the mediation prior to the Case Management Conference.

PARR LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION TO CONTINUE MEDIATION AND CASE MANAGEMENT CONFERENCE - C-04-3578 EMC*

1

NOW, THEREFORE, in consideration of the foregoing facts, the parties hereto, by and through their respective counsel of record, stipulate as follows:

1. To request that the Court continue the mediation to October 7, 2005 at 1:00 p.m. before Mediator Howard Herman in San Francisco; and

2. To continue the Case Management Conference currently scheduled for September 28, 2005 at 1:30 p.m. until some time after October 7, 2005.

Dated: September 22, 2005     BUCHALTER NEMER

_____
BRANDON Q. TRAN, Attorneys for
Plaintiff DIRECTV, Inc.

Dated: September ___, 2005     PARR LAW GROUP

_____
SHAWN R. PARR, Attorneys for
Defendant EVERAL WADE

PARR
LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION TO CONTINUE MEDIATION AND CASE MANAGEMENT CONFERENCE - C-04-3578 EMC*

2

## ORDER

Having read the foregoing Stipulation to Continue Mediation and Case Management Conference, and good cause appearing therefor, the Court hereby orders as follows:

1. The mediation currently set for September 23, 2005 at 1:00 p.m. is hereby continued to October 7, 2005 at 1:00 p.m. before Mediator Howard Herman in San Francisco; and

2. The Case Management Conference currently scheduled for September 28, 2005 at 1:30 p.m. is continued to October 12, 2005 at 1:30 p.m. by telephonic appearances. An updated Joint Case Management Conference Statement shall be filed by October 10, 2005.

Dated: September 28, 2005



Hon. Edward M. Chen
Judge of the United States District Court
Northern District of California

PARR LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION TO CONTINUE MEDIATION AND CASE MANAGEMENT CONFERENCE - C-04-3578 EMC*

3