1  Alan J. Kessel (Cal. Bar No.: 130707)
   Keli N. Osaki (Cal. Bar No.: 179920)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER NEMER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   E-mail: btran@buchalter.com
6
   Attorneys for Plaintiff DIRECTV, INC.
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11 DIRECTV, INC., a California corporation,   |   Case No. CV-04-3578 EMC

12 Plaintiff,   |   Hon. Edward M. Chen

13 vs.   |   **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT EVERAL WADE AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

14 EVERAL WADE,

15 Defendant.

16

17         IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

18 ("DIRECTV") and Defendant Everal Wade ("Defendant"), through their respective counsel of

19 record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to

20 Fed. R. Civ. P. 41(a)(1), as to Defendant.  Each of said parties to bear its/his own costs and

21 attorneys' fees.

22         The terms of the Confidential Settlement Agreement dated October 7, 2005

23 ("Agreement") entered into between Defendant and DIRECTV require the performance of certain

24 obligations by Defendant that will not be completed until December 2007.  If Defendant does not

25 timely or fully perform these obligations when due, DIRECTV is authorized to seek enforcement

26 of those obligations in this Court.  The parties therefore have consented, and hereby further

27 stipulate and consent to, the retention of jurisdiction over them by this Court and to reference to a

28 Magistrate Judge in this District for the purpose of enforcing those obligations of the Agreement,

1 | as defined therein.  The parties therefore respectfully request that the Court retain such
2 | jurisdiction.

3 | DATED: November 28, 2005              Respectfully Submitted,

BUCHALTER NEMER
A Professional Corporation



By:_____/s/ Brandon Q. Tran_____
                Brandon Q. Tran
   Attorneys for Plaintiff DIRECTV, Inc.

DATED: November 28, 2005              PARR LAW GROUP



By:_____/s/ Shawn R. Parr_____
                Shawn R. Parr
   Attorneys for Defendant EVERAL WADE

1

## ORDER

2  HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary

3 Dismissal of Defendant Everal Wade and Request to Retain Jurisdiction, and such other

4 pleadings, documents and records deemed appropriate by the Court, and good cause appearing

5 therefore, IT IS HEREBY ORDERED:

6  (1) Defendant Everal Wade is hereby dismissed from this action without

7 prejudice;

8  (2) Each of said parties to bear its/his own costs and attorneys' fees; and

9  (3) The Court shall retain jurisdiction over Plaintiff DIRECTV, Inc. and

10 Defendant Everal Wade to enforce the terms described above of the Settlement Agreement

11 between those parties dated October 7, 2005 and hereby refers any further proceedings in this

12 action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

13

14 Dated:   November 30, 2005

15  _____
    Honorable Edward M. Chen
16  United States Magistrate Judge
    Northern District of California

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.